IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD E. GILES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 3:09-cv-368-JPG-PMF |
| CONTINENTAL CASUALTY COMPANY, an Insurance Corporation, HARTFORD FINANCIAL SERVICES, INC., an Insurance Corporation, and DR. ROBERT BARRACK, and the CENTER FOR ADVANCED MEDICINE, WASHINGTON UNIVERSITY MEDICAL CENTER, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its February 5, 2010, order to show cause (Doc. 39). In that order, the Court noted that there was no evidence in the record that service of process had been effected upon defendants Continental Casualty Company and Hartford Financial Services, Inc. within 120 days after the filing of the complaint, as prescribed by Federal Rule of Civil Procedure 4(m). Accordingly, the Court directed plaintiff Richard E. Giles to show cause on or before February 19, 2010, why his claims against Continental and Hartford (Count I) should not be dismissed without prejudice for failure to timely effect service. The Court further warned Giles that if he failed to respond in a timely manner to the order to show cause, the Court would dismiss this action.

Giles has not responded to the Court's order to show cause. Therefore, as it warned it would do, the Court **DISMISSES** Giles' claims against Continental and Hartford (Count I) without prejudice for failure to timely effect service pursuant to Rule 4(m). The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED THIS 23d day of February, 2010.**

s/ J. Phil Gilbert
**District Judge**
