# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD E. GILES,            )<br>                              )<br>    Plaintiff,              )<br>                              )<br>vs.                           )<br>                              )<br>CONTINENTAL CASUALTY COMPANY, an )<br>Insurance Corporation, HARTFORD )<br>FINANCIAL SERVICES, INC., an Insurance )<br>Corporation, and DR. ROBERT BARRACK, )<br>and the CENTER FOR ADVANCED   )<br>MEDICINE, WASHINGTON UNIVERSITY )<br>MEDICAL CENTER,              )<br>                              )<br>    Defendants.             ) | Case No. 3:09-cv-368-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED: February 23, 2010**              NANCY J. ROSENSTENGEL, Clerk of Court

                                          By:s/Deborah Agans, Deputy Clerk


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**